UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-20958-RAR/Becerra

**UNITED STATES OF AMERICA**,

vs.

**GUNTER KARL SCHMITT,**

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION
### ON DEFENDANT'S MOTION TO REDUCE SENTENCE

**THIS CAUSE** comes before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation on Defendant's Motion for Reduction for Mitigating Role/U.S.S.G. App. C. amend. § 794, filed on October 22, 2021 [ECF No. 92] ("Report"). The Court has reviewed the Report and is otherwise fully advised in the premises.

A district court reviewing a magistrate judge's report and recommendation "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 783-84 (11th Cir. 2006). The district court "may accept, reject or modify, in whole or in part, the findings of the recommendations made by the magistrate judge." *Id.*; *see also* FED. R. CRIM. P. 59(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). "[I]n determining whether to accept, reject, or modify the magistrate's report and recommendations, the district court has the duty to conduct a careful and complete review." *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. 1982)). Legal conclusions are subject to *de novo* review, even if no party specifically objects. *See U.S. v. Keel*, 164 F. App'x 958, 961 (11th Cir. 2006); *U.S. v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982).

Mindful of the standard of review, and having carefully reviewed the record, as well as specifically conducted a *de novo* review of the Report's legal conclusions, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Jacqueline Becerra's Report and Recommendation on Defendant's Motion for Reduction for Mitigating Role/U.S.S.G. App. C. amend. § 794 [ECF No. 92] is **AFFIRMED AND ADOPTED**. Accordingly, Defendant's Motion for Reduction [ECF No. 83] is **DENIED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 9th day of November, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc:   counsel of record